UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNTRUST BANK,

    Plaintiff,

v.        Case No. 8:09-cv-738-T-24 TGW

TIMOTHY AIKEN a/k/a
TIMOTHY COC AIKEN a/k/a
TIMOTHY R. AIKEN,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion for Default Judgment. (Doc. No. 9). As explained below, the motion is **GRANTED**.

Plaintiff filed suit against Defendant for failure to repay a real estate loan. Defendant was served, but he never appeared in this case, and as a result, the Clerk entered default against him on June 26, 2009. (Doc. No. 6). Thereafter, Plaintiff filed the instant motion for default judgment and attached an affidavit indicating that the amount currently due is $101,508.79 in principal, plus interest on the principal amount accruing from April 3, 2008 through the date of judgment at a rate of 8.5%. (Doc. No. 9). Upon review, the Court finds that default judgment should be entered in the amount requested.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment (Doc. No. 9) is **GRANTED**. The Clerk is directed to enter judgment in favor of Plaintiff as follows: Plaintiff is awarded $101,508.79 in principal, plus interest on the principal amount accruing from April 3, 2008 through the date of judgment at a rate of 8.5%

**DONE AND ORDERED** at Tampa, Florida, this 10th day of August, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Timothy Aiken, 3303 North Lakeview Drive, #N4101, Tampa, Florida 33618